

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00550-CR

Vincent **CAUDILLO JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6227W
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant has filed a letter requesting an extension of time to respond to this court's August 21, 2018 order. We **grant** the motion and **order** this appeal will be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d) unless the trial court's written permission to appeal and an amended certification showing that Caudillo has the right to appeal are filed in a supplemental record by **September 21, 2018**. *See* Tex. R. App. P. 25.2(d); *Whitfield v.* State, 111 S.W.3d 786 (Tex. App. —Eastland 2003, pet. ref'd).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court